IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 22 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                     No. CR 17-1105 JCH

TYRONE CORIZ,

    Defendant.

## RECEIPT FOR EXHIBITS

**EXHIBITS RETURNED TO PARTIES AT END OF TRIAL:**

**Received by:** _____      **Date:** 5.22.19
              **COUNSEL FOR PLAINTIFF**

**Received by:** _____n/A_____      **Date:** _____
              **COUNSEL FOR DEFENDANT**

_____
**COURTROOM DEPUTY/LAW CLERK**

    **\*\*By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.\*\***